UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 23-2944

IN RE: ERIC S. GILBERT

JOHN M. MCDONNELL, as Chapter 7 Trustee,

Appellant

v.

ERIC S. GILBERT

(D.N.J. Nos. 3-22-cv-05274, 22-cv-05910 & 3-22-cv-05911)

Present:  JORDAN, MCKEE and AMBRO, Circuit Judges

_____ORDER_____

The opinion filed October 24, 2024, is hereby vacated.  The Clerk shall file the amended opinion, which includes a replaced last full paragraph immediately before the opinion's conclusion.  As the amendment does not affect the judgment, the time for filing the petition for rehearing remains the same.

By the Court,

s/THOMAS L. AMBRO
Circuit Judge

Dated: November 1, 2024
cc: All Counsel of Record